IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00160-PAB-9

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9.    JOSE ESCALERA-GARCIA,

    Defendant.

---

**ORDER**

---

    This matter is before the Court on the United States' Motion to Dismiss Counts [Docket No. 815]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Motion to Dismiss Counts [Docket No. 815] is granted. Counts 1 and 30 of the Indictment are dismissed as to defendant Jose Escalera-Garcia only.

    DATED July 31, 2014.

                                  BY THE COURT:

                                  PHILIP A. BRIMMER
                                  United States District Judge